The Hon. James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BENJAMIN S. SCHROETER; and TONIA WINCHESTER,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY; SGT. LUIS CABALLERO; SGT. HAGER; SGT. COBLANTZ; FIRST & GOAL, INC., a Washington corporation; and THE WASHINGTON STATE PUBLIC STADIUM AUTHORITY, a municipal corporation,<br><br>Defendants. | Case No. C11-2008-JLR<br><br>[PROPOSED] STIPULATED TEMPORARY INJUNCTION |

This matter came before the Court on the parties' Stipulation for Entry of Temporary Injunction and their collective request for entry of the following order in lieu of proceeding with plaintiffs' currently pending Motion for Temporary Restraining Order. The Court having considered the Stipulation and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1)      The Petitions that were seized by King County Sheriff's Deputies have been returned to Plaintiff Schroeter on December 7, 2011.

2)      From present to January 1, 2012, First & Goal, Inc. shall modify its policies entitled "Free Speech Rules for Century Link Field and Event Center" to permit (and shall permit) signature gathering and expressive conduct in the North Lot, to the extent owned or controlled by the Washington State Public Stadium Authority or First & Goal, Inc., including the

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1   areas designated for tailgating, and the areas near the North Gate and Northeast Ticket Booths of

2   CenturyLink Field.  The area does not include locations through which a ticket and a security

3   checkpoint is required to enter, such as inside the gates to the stadium.  Further, such signature

4   gathering and expressive conduct must not interfere with normal security screening procedures

5   and queues for security or ticket purchasing.  The area described is bounded to the west by

6   Occidental Avenue South, to the east by the Railroad Right of Way, on the North by King Street,

7   and on the South by the CenturyLink Field structure.  For purposes of this injunction,

8   "expressive conduct" means the display of signs or posters with political content, so long as

9   those displays do not obstruct or inhibit automobile or pedestrian ingress or egress to the North

10   Lot or create traffic or safety hazards.  For purposes of this stipulation, "signature gathering"

11   includes speech related to and associated with the signature gathering activity.

12        3)      Defendant First & Goal shall instruct the agents (including parking lot attendants,

13   alcohol enforcement personnel, event staff, and members of any law enforcement agency in its

14   employ or under its control) not to restrict signature gathering and expressive conduct in the area

15   described above, from present to January 1, 2012.  Defendant King County shall not to enforce

16   any instructions from parking lot attendants, alcohol enforcement personnel, or event staff

17   restricting signature gathering or expressive conduct in the area described above, from present to

18   January 1, 2012.

19        4)      The scope of this injunction is limited to the time and place restrictions herein.

20   Defendants do not, by agreeing to entry of this injunction, admit any of the allegations in

21   Plaintiffs' Complaint or the contentions in plaintiffs' Motion for Temporary Restraining Order

22   and do not waive any rights to assert defenses that may be in conflict with the Stipulation or this

23   injunction in the defense of the underlying Complaint in this matter.

24        5)      Plaintiffs' Motion For Temporary Restraining Order is deemed withdrawn,

25   without prejudice to renewal after January 1, 2012.  Defendants need not submit any opposition

26   briefing in response to that motion.  The hearing set for 2:00 pm on Monday, December 12, 2011

27   is cancelled.

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1

2      The Clerk is directed to provide a copy of this injunction to all counsel of record.

3      DATED this ___8ᵗʰ___ of December, 2011.

4

5

6      Hon. James L. Robart
       United States District Court Judge

7

8      Presented by:

9      MacDONALD HOAGUE & BAYLESS

10

11     By: _____
       David J. Whedbee, WSBA # 35977
12     Joseph R. Shaeffer, WSBA # 33273
       Timothy K. Ford, WSBA # 5986
13     Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] STIPULATED TEMPORARY INJUNCTION - 3
Case No. C11-2008-JLR

el077105

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961